[No. 31566-8-I.    Division One.    December 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
LONDELL CALLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-03968-2, Charles W. Mertel, J., entered
September 15, 1992. *Dismissed* by unpublished per curiam
opinion.

[No. 31595-1-I.    Division One.    December 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CAIN
MARKUSEN, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-8-00436-2, Charles Snyder, J. Pro Tem.,
entered October 14, 1992. *Dismissed* by unpublished per
curiam opinion.

[No. 28704-4-I.    Division One.    December 15, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. EDUARDO
PERALTA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03495-1, Liem E. Tuai, J., entered June 25,
1991. *Reversed* by unpublished opinion per Becker, J., con-
curred in by Webster and Kennedy, JJ.

[No. 33330-5-I.    Division One.    December 15, 1994.]

JOHN SCHLOREDT, ET AL, *Appellants*, v. MONIQUE
GILSON-MOREAU, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-13914-4, Liem E. Tuai, J., entered August
26, 1993. *Affirmed* by unpublished per curiam opinion.